# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| **STEADY CAPITAL, LLC,** | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | Civil Action No. 4:20-cv-01899 |
| | § | |
| **BUFFALO SH PARTNER I, LP and** | § | |
| **IVY FUND MANAGER, LLC,** | § | |
| | § | |
| Defendants. | § | |

## PLAINTIFF STEADY CAPITAL, LLC'S CERTIFICATE OF <u>INTERESTED PARTIES</u>

The undersigned, counsel of record, for Plaintiff Steady Capital, LLC certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

Steady Capital, LLC — the Plaintiff,

Buffalo SH Partner I, LP — a Defendant, and

Ivy Fund Manager LLC — a Defendant.

Dated: June 3, 2020

                                              Respectfully submitted,

                                              **MAI AND NA PLLC**

                                              */s/ Pete Mai*
                                      By:_____
                                              PETE MAI
                                              Fed. Bar No. 1033613
                                              State Bar No. 24029702

2

                                               pete@mnnlawfirm.com
                                               JOHN NA
                                               Fed. Bar No. 1125428
                                               State Bar No. 24074786
                                               john@mnnlawfirm.com
                                               6588 Corporate Drive, Suite 188
                                               Houston, Texas 77036
                                               Telephone: (713) 505-1637
                                               Telecopier: (832) 553-2689

                                               **COUNSEL FOR PLAINTIFF STEADY CAPITAL, LLC**

## CERTIFICATE OF SERVICE

     I hereby certify that a true and correct copy of the above and foregoing was served in accordance with the Federal Rules of Civil Procedure on all counsel of record by ECF notification on this the 3rd day of June, 2020.

                                               */s/ Pete Mai*
                                               _____
                                               PETE MAI